

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M., A CHILD,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file a reply brief is granted.

It is so **ORDERED** on this 25th day of October, 2019.

PER CURIAM

ATTESTED TO: _____
                  LUZ ESTRADA,
                  Chief Deputy Clerk